# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1179

_____

United States of America,          *
                                        *
         Appellee,              *
                                        *   Appeal from the United States
        v.                         *   District Court for the
                                         *   Western District of Arkansas
Catherynne Kendrick,          *
                                        *   [UNPUBLISHED]
         Appellant.            *

_____

Submitted: October 26, 2005
Filed: November 4, 2005

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Catherynne Kendrick appeals from the final judgment entered in the District Court[1] for the Western District of Arkansas dismissing her 28 U.S.C. § 2241 petition as premature. In July 2002 Kendrick pleaded guilty to one count of threat by interstate communications, and the district court sentenced her to 10 months in prison and 3 years supervised release. In June 2004 Kendrick's probation officer petitioned

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

the court to issue a warrant for Kendrick's arrest, alleging that Kendrick had violated her supervision conditions. Kendrick filed a petition under § 2241, contesting the allegations in the warrant petition. The district court dismissed the § 2241 petition as premature, as the district court had not yet considered whether to revoke Kendrick's supervised release.

We agree with the district court that Kendrick's petition is premature, as the court has not yet revoked her supervised release or even scheduled a revocation hearing. If the district court does revoke Kendrick's supervised release in the future, she may file a direct appeal challenging the revocation at that time. See, e.g., United States v. Nace, 418 F.3d 945, 946 (8th Cir. 2005). Accordingly, we affirm. See 8th Cir. R. 47B.

_____